*474 JONES, Chief Justice,
concurring in part, dissenting in part.
¶ 237 I concur in the judgment of the court both as to Moody’s convictions and the remand for resentencing. I dissent, however, from the majority’s conclusion that harmless error analysis is appropriate where sentencing determinations, including factual findings on aggravating circumstances, are made by the trial judge in the absence of the jury. I would remand the case for resentencing solely on the basis of the Sixth Amendment violation of the right to trial by jury on statutory aggravating factors relative to the death penalty. See State v. Armstrong, 208 Ariz. 360, ¶¶ 25-37, 93 P.3d 1076 (2004) (supplemental opinion) (Jones, C.J., concurring in part and dissenting in part); see also State v. Sansing, 206 Ariz. 232, 241-42, ¶¶ 40-46, 77 P.3d 30, 39-40 (2003) (Jones, C.J., dissenting).